# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF HARRISBURG, PA, and DON'S TOWING, <br><br> Defendants. | Civil Action No. 1:24-CV-00620-CCC <br><br> (Judge Conner) |

## NOTICE OF DISMISSAL AS TO HARRISBURG PARKING AUTHORITY

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff dismisses Harrisburg Parking Authority without prejudice from this action.

Respectfully submitted,

Dated: April 30, 2024              **NORRIS, McLAUGHLIN, PA**

By: /s/Rebecca Price
Rebecca J. Price, Esquire
Attorney ID #206182
515 W. Hamilton St., Suite 502
Allentown, PA 18101
Ph: 610-391-1800
Fax: 610-391-1805
rprice@norris-law.com
Counsel for Plaintiff