# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANTANDER CONSUMER USA, INC. | : | |
| | : | |
| Plaintiff | : | NO. 1:24-CV-00620-CCC |
| | : | |
| vs. | : | |
| | : | NOTICE OF DISMISSAL |
| THE CITY OF HARRISBURG, PA and | : | WITH PREJUDICE AS TO |
| DON'S TOWING | : | DON'S TOWING ONLY |
| Defendants | : | |
| | : | |

Plaintiff, Santander Consumer USA, Inc., hereby provides notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of its Complaint (and any and all claims set forth therein), as to Defendant, Don's Towing **only**, with prejudice, and without costs. This notice is not intended to affect Santander Consumer USA, Inc.'s claims against the City of Harrisburg, PA.

**NORRIS McLAUGHLIN, P.A.**
*Attorney for Plaintiff, Santander Consumer USA, Inc.*

_____
NICHOLAS A. DUSTON, ESQ.