IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTANTDER CONSUMER USA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF HARRISBURG, PA and DON'S TOWING.<br><br>Defendant. | File No.: 1:24-CV-00620-CCC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COUNTS IV AND V OF THE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 41(a) |

**PLEASE TAKE NOTICE** that Plaintiff, Santander Consumer USA, Inc., by and through its attorneys, Norris McLaughlin, P.A., hereby withdraws and voluntarily dismisses Counts IV and V of its January 9, 2025 Amended Complaint *only*, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

Dated: May 1, 2025

*/s/Nicholas A. Duston*
Nicholas A. Duston, Esq.
**NORRIS McLAUGHLIN, PA**
400 Crossing Blvd. 8th Fl.
Bridgewater, NJ  08807
(908) 722-0700
*Attorneys for Plaintiff*