IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., | : Civil No. 1:24-CV-620 :  : |
| Plaintiff, | : : |
| v. | : (Chief Magistrate Judge Bloom) : |
| THE CITY OF HARRISBURG, PA, et al, | : : : |
| Defendant. | : |

### O R D E R

AND NOW, this 18th day of July 2025, having received a report from the parties that this case has been amicably resolved, IT IS HEREBY ORDERED that the clerk is directed to CLOSE this case administratively. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties shall file a stipulation of dismissal within 60 days of the date of this order. *See* Fed. R. Civ. P 41(a)(1)(A)(ii). If the parties are unable to consummate their settlement within this timeframe, the parties shall notify the court so this matter may be reinstated on the court's active docket.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
