UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTANDER CONSUMER USA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF HARRISBURG, PA and SP PLUS CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO: 1:24-cv-00620-DFB<br><br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

It is hereby stipulated and agreed, by and between plaintiff, Santander Consumer USA, Inc. ("Santander") and defendants The City of Harrisburg, PA ("Harrisburg") and SP Plus Corporation ("SP", collectively with Harrisburg as "Defendants"), that all claims between Plaintiff and the Defendants in the above-captioned action be and hereby are dismissed in their entirety with prejudice and without costs to any party.

**NORRIS McLAUGHLIN, P.A.**
*Attorneys for Plaintiff Santander Consumer USA, Inc.*

By: _/s/ Nicholas Duston_
    Nicholas A. Duston, Esq.
Dated: August 21, 2025

**RAWLE & HENDERSON LLP**
*Attorneys for Defendant, The City of Harrisburg, PA*

By: _/s/ Fred B. Buck_
    Fred B. Buck, Esq.
Dated: August 21, 2025

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendant, SP Plus Corporation*

By: _/s/ Mark A. Kasten_
    Mark A. Kasten, Esq.
Dated: August 21, 2025